AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

| | | |
|---|---|---|
| ROBIN ANN PERFINSKI, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:17-CV-1316 |
| NANCY A. BERRYHILL, | ) | (Chief Judge Conner) |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X other: JUDGMENT be and is hereby ENTERED in favor of plaintiff ROBIN ANN PERFINSKI, and against defendant, NANCY A. BERRYHILL "the Commissioner," as follows: The Commissioner's decision is VACATED and this matter is REMANDED to the Commissioner with instructions to conduct a new administrative hearing, develop the record fully, and evaluate the evidence appropriately in accordance with this order (Doc. 34).

This action was *(check one)*:

☐ tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge or Magistrate Judge _____ without a jury and the above decision

X decided by Judge or Magistrate Judge  Chief Judge Christopher C. Conner

COMPLAINT FOR REVIEW OF HHS DECISION (SSID)

Date: Mar 21, 2019                    *CLERK OF COURT*  PETER WELSH, Acting Clerk of Court

                                       K. McKinney
                                       *Signature of Clerk or Deputy Clerk*