# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBIN ANN PERFINSKI,** | : | CIVIL ACTION NO. 1:17-CV-1316 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **ANDREW SAUL, Commissioner Of Social Security,** | : | |
| **Defendant** | : | |

AND NOW, this 28th day of June, 2019, upon consideration of the Stipulation (Doc. 38), it is hereby, ORDERED that Plaintiff, Robin Ann Perfinski, is awarded Eight Thousand Five Hundred dollars and zero cents ($8,500.00) in attorney fees under the EAJA. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the government that Plaintiff owes no qualifying, pre-existing debt(s) to the government. If such a debt(s) exists, the government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania